# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

CONGREGATION OF ST. JOSEPH'S
ROMAN CATHOLIC CHURCH

VERSUS

T2J PARTNERS, LLC (D/B/A FPS
RECOVERY), SHIELDTECH
ROOFING SOLUTIONS, LLC AND
GREEN GENERAL CONTRACTORS,
LLC

NO.   2024 CW 0880

**OCTOBER 7, 2024**

---

In Re:    T2J Partners, LLC d/b/a FPS Recovery, applying for
          supervisory writs, 23rd Judicial District Court, Parish
          of St. James, No. 41068.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT TRANSFERRED.** This court has no jurisdiction over a writ
application arising out of St. James Parish.  La. R.S. 13:312(5)(a)
designates the Parish of St. James as subject to the jurisdiction
of the Fifth Circuit Court of Appeal, and accordingly, this writ
application is hereby transferred to the Court of Appeal, Fifth
Circuit, State of Louisiana.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT